**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

KERMIT CEASAR, :
  : **Hon. Jerome B. Simandle**
        Petitioner, :
  : Civil Action No. 09-3324 (JBS)
    v. :
  : **ORDER**
J. GRONDOLSKY, etc., :
  :
      Respondents. :
  :

For the reasons expressed in the Opinion filed herewith,

IT IS on this **13th** day of **October**, **2009**,

ORDERED that Petitioner's application to proceed in forma pauperis is granted; and it is further

ORDERED that the Petition is DISMISSED WITH PREJUDICE; and it is finally

ORDERED that the Clerk shall serve this Order and the accompanying Opinion upon Petitioner by regular mail and shall close the file.

                                  **s/ Jerome B. Simandle**
                                  JEROME B. SIMANDLE, U.S.D.J.